UNITED STATES of America

v.

**Eddy LORA, Appellant.**

**No. 07–3297.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Oct. 31, 2008.

Opinion filed Nov. 19, 2008.

Robert F. Kravetz, Esq., Office of United States Attorney, Wilmington, DE, for United States of America.

Eleni Kousoulis, Esq., Office of Federal Public Defender, Wilmington, DE, for Appellant.

BEFORE: McKEE, NYGAARD, and SILER,* Circuit Judges.

OPINION OF THE COURT

SILER, Circuit Judge.

Appellant, Eddy Lora, entered into a plea agreement with the Government, whereby he agreed to plead guilty to illegal re-entry after deportation. The District Court sentenced him to 52 months' incarceration, a three-year term of supervised release upon release from the custody of the Bureau of Prisons, and a special assessment of $100. We will affirm.

---

* The Honorable Eugene E. Siler, Jr., Senior Circuit Judge for the United States Court of Appeals for the Sixth Circuit, sitting by designation.

Because we write exclusively for the parties who are familiar with the facts and the proceedings below, we will not revisit them here. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lora's appointed counsel has examined the record, concluded that there are no non-frivolous issues for review, and has requested permission to withdraw.

We, too, have thoroughly examined the record and can find no non-frivolous issues to be raised in this appeal. Hence, we will affirm the judgment of the District Court and grant counsel's motion to withdraw.